' COOL v. THE STATE.

APPEAL from the *White* Circuit Court.

*Per Curiam.*—An indictment for retailing liquors should allege a given quantity, according to established measures, as a pint, a gill, &c., and a price for which it was sold. "One drink" signifies no given quantity. Ind. Dig., p. 378; 4 Ind. 577.

*Monday,
June 10.*

The judgment is reversed, with instructions to quash.

*Alfred Reed*, for the appellant.

*John L. Miller*, for the State.